AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the

Eastern District of New York

| | |
|---|---|
| JOSE GOMEZ, on behalf of himself and all other persons similarly situated,<br><br>*Plaintiff(s)*<br><br>v.<br><br>NATURES WAY FOODS CORP. and JUAN RODRIGUEZ, individually and as a manager and owner of Natures Way Foods Corp.<br><br>*Defendant(s)* | Civil Action No. 19-cv-1440 BMC |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  NATURES WAY FOOD CORP.
79-23 37TH AVENUE
JACKSON HEIGHTS, NY 11372

JUAN RODRIGUEZ
c/o NATURES WAY FOOD CORP.
79-23 37TH AVENUE, JACKSON HEIGHTS, NY 11372

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:   MICHAEL B. PALILLO, P.C.
277 BROADWAY, SUITE 501
NEW YORK, NY 10007
(212)608-8959

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.



DOUGLAS C. PALMER
*CLERK OF COURT*

Date: 3/14/2019

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*