## CIVIL MINUTE ENTRY

| | |
|---|---|
| **BEFORE:** | Magistrate Judge Steven L. Tiscione |
| **DATE:** | October 18, 2019 |
| **TIME:** | 1:30 P.M. |
| **DOCKET NUMBER(S):** | CV-19-1440 (ST) |
| **NAME OF CASE(S):** | **GOMEZ -V- NATURE'S WAY FOODS CORP., ET AL.** |
| **FOR PLAINTIFF(S):** | Zapada |
| **FOR DEFENDANT(S):** | Stern |
| **NEXT CONFERENCE(S):** | See rulings below |
| **FTR/COURT REPORTER:** | 2:00 - 2:10 |

### RULINGS FROM FAIRNESS HEARING:

Having presided at the fairness hearing, and having reviewed the settlement agreement and plaintiff's letter dated September 23, 2019, Docket Entry 38, I find that "the agreement reflects a reasonable compromise of disputed issues [rather] than a mere waiver of statutory rights brought about by an employer's overreaching." Le v. SITA Information Networking Computing, USA, Inc., 2008 WL 724155 (E.D.N.Y. Mar. 13, 2008)(internal quotations and citation omitted). See also Cheeks v. Freeport Pancake House, Inc., 796 F.3d 199 (2d Cir. 2015). The Motion for Settlement Approval [38] is therefore granted, the case is dismissed with prejudice and closed.